E. LEIF REID
Nevada Bar No. 5750
DARREN J. LEMIEUX
Nevada Bar No. 9615
MARLA J. HUDGENS
Nevada Bar No. 11098
KRISTEN L. MARTINI
Nevada Bar No. 11272
NICOLE SCOTT
Nevada Bar No. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel: 775.823.2900
Fax: 775.823.2929
E-mail: lreid@lrrc.com
    dlemieux@lrrc.com
    mhudgens@lrrc.com
    kmartini@lrrc.com
    nscott@lrrc.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONANZA BEVERAGE CO. a Nevada corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>MILLERCOORS LLC, a Delaware limited liability company,<br><br>                Defendants. | **CASE NO. 2:18-CV-01445-JAD-GWF**<br><br>**STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>**(First Request)** |

The parties respectfully submit the following stipulation requesting a one hundred and twenty (120) day extension of the current scheduling order deadlines.

**II.** **DISCOVERY STATUS.**

    A.    <u>Discovery that has been completed</u>.

        1.    The parties served their initial disclosures on September 24, 2018.

        2.    Bonanza served its first set of discovery requests on September 28, 2018.

        3.    MillerCoors served its first set of discovery requests on October 19, 2018.

4. MillerCoors served its responses to Plaintiff's first set of discovery requests on October 29, 2018, and supplemented those responses on November 19, 2018.

5. Bonanza served its responses to MillerCoors' first set of discovery requests on November 19, 2018.

6. The parties served their expert disclosures on December 14, 2018.

B. <u>Discovery that remains</u>.

The parties have indicated that each side may take up to ten depositions of certain individuals listed in their respective initial disclosures, as well as depositions of experts and rebuttal experts. The parties have held off on conducting depositions pending resolution of the discovery disputes brought to the Court (ECF Nos. 57, 61, and 79) and additional discovery disputes that have arisen that will require judicial resolution. Additionally, the parties will likely issue follow-up written discovery.

C. <u>Pending Motions</u>.

1. Bonanza's Motion for Preliminary Injunction is currently pending before this Court. Bonanza filed its Motion on August 7, 2018 (ECF No. 6); MillerCoors filed its Opposition on August 21, 2018 (ECF No. 15); and Bonanza replied on August 28, 2018. (ECF No. 30). This Court held a hearing on September 7, 2018, during which it ordered supplemental briefing. Bonanza filed its supplement on September 21, 2018 (ECF No. 46) and MillerCoors filed its supplement on October 5, 2018. (ECF No. 51). The Court has not yet ruled on the Motion.

2. MillerCoors' Motion to Dismiss Bonanza's Complaint is currently pending before this Court. MillerCoors filed its Motion on August 16, 2018 (ECF No. 13); Bonanza filed an Opposition on August 30, 2018 (ECF No. 36); and MillerCoors replied on September 6, 2018. (ECF No. 41).

3. Bonanza's Motion for Declaratory Relief/Summary Judgment on Bonanza's First Claim for Relief is currently pending before this Court. Bonanza filed its Motion on September 21, 2018 (ECF No. 47); MillerCoors filed its Opposition on October 12, 2018 (ECF No. 55); and Bonanza replied on October 17, 2018. (ECF No. 56). The Court has not yet ruled on the Motion.

4. Bonanza's Motion to Compel Third-Party Breakthru Beverage Co. to Comply with Subpoena and for Attorneys' Fees and Costs (ECF No. 57) as well as NonParty Breakthru Beverage Nevada Beer, LLC's Motion to Quash Subpoena to Breakthru Beverage Nevada Beer, LLC (ECF No. 61) are currently pending before this Court. Bonanza filed its Motion on October 24, 2018 (ECF No. 57); Breakthru filed its Response (ECF No. 74) was filed on November 7, 2018; and Bonanza filed its Reply (ECF No. 76) on November 14, 2018. Correspondingly, Breakthru filed its Motion (ECF No. 61) on October 25, 2018; Bonanza filed its Opposition (ECF No. 75) on November 8, 2018; and Breakthru filed its Reply (ECF No. 77) on November 15, 2018. The Court heard oral argument on both motions on December 3, 2018. The Court has not yet ruled on these Motions.

5. Bonanza's Motion to Compel MillerCoors to Comply with First Set of Written Discovery is currently pending before this Court. Bonanza filed its Motion (ECF No. 79) on November 15, 2018; MillerCoors filed its Response (ECF No. 83) on November 29, 2018; and Bonanza filed its Reply (ECF No. 85) on December 6, 2018. No oral argument has been set by the Court, and the Court has not yet ruled on this Motion.

### III. REASON WHY EXTENSION IS REQUIRED.

The parties have met and conferred, and they believe an extension of one hundred twenty (120) days is warranted so the parties can complete discovery. There are several pending motions related to discovery currently before the Court, and MillerCoors anticipates filing additional discovery-related motions in the near future (directed at Bonanza and one or more third parties, including Southern Glazer's Wine and Spirits ("Southern Glazer's")), and resolution of these motions are needed prior to the parties taking depositions and proceeding with additional discovery. If the Court compels production of documents by MillerCoors, Bonanza, Breakthru Beverage, or Southern Glazer's, the parties may have additional follow-up discovery and depositions based upon these productions. Correspondingly, the parties have held off on the depositions so that they do not need to be reopened following the resolution of the discovery disputes.

/ / /

Moreover, the Court's ruling on the pending non-discovery related motions (*e.g.*, ECF Nos. 6 and 47) will also impact the parties' remaining discovery needs. Thus, an extension is warranted to allow the Court to rule on the pending motions. The parties believe an extension of one hundred twenty (120) days will allow enough time for resolution of these discovery motions enabling the completion of discovery.

## IV.   PROPOSED SCHEDULE.

1. <u>Discovery Cut-off Date</u>.  The parties agree that discovery will be extended one hundred twenty (120) days from February 12, 2019, to **Wednesday, June 12, 2019**.
2. <u>Experts</u>.
   a. <u>Initial Experts</u>:  The parties exchanged initial expert disclosures on December 14, 2018.
   b. <u>Rebuttal Experts</u>:  The parties agree that the deadline for rebuttal expert disclosures will be extended from January 14, 2019, to **Friday, March 29, 2019**.
3. <u>Amending the Pleadings and Adding Parties</u>.  The deadline for amending pleadings and adding parties passed on December 14, 2018.
4. <u>Interim Status Report</u>.  The parties filed their joint interim status report on December 14, 2018.
5. <u>Dispositive Motions</u>.  The parties shall have until **Friday, July 12, 2019**, to file dispositive motions, which is thirty (30) days after the discovery cut-off date.
6. <u>Pretrial Order</u>.  The pretrial order shall be filed by **Monday, August 12, 2019**, which is thirty (30) days after the date set for filing dispositive motions in the case.  In the event a timely dispositive motion is filed, the deadline to submit the pretrial order shall be suspended until thirty days after a decision on such motion.

The parties believe that the one hundred twenty (120) day extension is necessary and appropriate given the pending discovery and non-discovery motions before this Court, while still providing sufficient time for the parties to complete their discovery.

/ / /

DATED this 21st day of December, 2018.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | SMITH LARSEN & WIXOM |
|---|---|
| */s/ E. Leif Reid* | */s/ Brian A. Howie* |
| E. LEIF REID, ESQ. | Michael B. Wixom, Esq. |
| Nevada Bar No. 5750 | Nevada Bar No. 2812 |
| DARREN J. LEMIEUX, ESQ. | Chet A. Glover, Esq. |
| Nevada Bar No. 9615 | Nevada Bar No. 10054 |
| MARLA J. HUDGENS, ESQ. | Hills Center Business Park |
| Nevada Bar No. 11098 | 1935 Village Center Circle |
| KRISTEN L. MARTINI, ESQ. | Las Vegas, Nevada 89134 |
| Nevada Bar No. 11272 | and |
| NICOLE SCOTT, ESQ. | QUARLES & BRADY LLP |
| Nevada Bar No. 13757 | Brian A. Howie (*admitted pro hac vice*) |
| One East Liberty Street, Suite 300 | Krystal Aspey Fleischmann (*admitted pro hac vice*) |
| Reno, Nevada 89501 | Michael S. Catlett (*admitted pro hac vice*) |
| | Two North Central Avenue |
| *Attorneys for Plaintiff Bonanza Beverage Co.* | Renaissance One |
| | Phoenix, Arizona 85004 |
| | *Attorneys for Defendant MillerCoors LLC* |

**ORDER**

**IT IS SO ORDERED:**

*George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

DATED: 12-26-2018