1  E. LEIF REID, SBN 5750
   DARREN J. LEMIEUX, SBN 9615
2  MARLA J. HUDGENS, SBN 11098
   NICOLE SCOTT, SBN 13757
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   One East Liberty Street, Suite 300
4  Reno, NV 89501-2128
   Tel: 775.823.2900
5  Fax: 775.823.2929
   E-mail:lreid@lrrc.com
6        dlemieux@lrrc.com
         mhudgens@lrrc.com
7        nscott@lrrc.com
8  *Attorneys for Plaintiff*

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  BONANZA BEVERAGE CO., A Nevada         CASE NO. 2:18-CV-01445-JAD-EJY
    corporation,
12
                Plaintiff,                 **STIPULATION AND [PROPOSED]**
13                                         **ORDER TO EXTEND DEADLINES**
    v.                                     **UNDER ORDER [ECF NO. 135]**
14
    MILLERCOORS LLC, a Delaware limited    **(First Request)**
15  liability company,

16              Defendant.

17        Plaintiff Bonanza Beverage Co. ("Bonanza"), by and through its undersigned counsel,

18  and Defendant MillerCoors LLC ("MillerCoors"), by and through its undersigned counsel,

19  (collectively, the "Parties") hereby stipulate to extend the deadlines under this Court's Order

20  [ECF No. 135] ("Order"). This is the first stipulation for extension of time related to the Order,

21  which is necessitated by a change in the originally scheduled November 1, 2019, mediation

22  date, to November 13, 2019.

23        The Order resulted from the Parties' Joint Motion to Stay Discovery [ECF No. 134],

24  where the Parties requested to stay all discovery in this matter pending their continued

25  settlement discussions and an upcoming mediation in Las Vegas that was originally scheduled

26  for November 1, 2019. *See id.* The Court granted the stay in part, and ordered the Parties "to

27  submit a status report regarding the outcome of th[e] mediation no later than November 7,

28

109502634.1

One East Liberty Street, Suite 300
Reno, Nevada 89501-2128

Lewis Roca
ROTHGERBER CHRISTIE

2019 . . . ." [ECF No. 135.] The Court further ordered that "discovery in this matter shall be stayed until and through November 7, 2019." *Id.*

The Parties now inform the Court that, because of availability of the principals, the mediation date was moved to November 13, 2019. The Parties stipulate and are therefore requesting that the Order's deadlines be extended accordingly as described below. As grounds for this relief, the Parties provide the Court with a summary of the status of discovery and argument in support of a stay.

## I. DISCOVERY STATUS

### A. Discovery that has been completed.

1. The Parties served their initial disclosures on September 24, 2018, and each side has timely supplemented those disclosures.

2. Bonanza served its first set of discovery requests on September 28, 2018.

3. MillerCoors served its first set of discovery requests on October 19, 2018.

4. MillerCoors served its responses to Bonanza's first set of discovery requests on October 29, 2018 and supplemented those responses on November 19, 2018 and February 14, 2019.

5. Bonanza served its responses to MillerCoors first set of discovery requests on November 19, 2018 and supplemented those responses on December 18, 2018 and January 31, 2019.

6. The Parties served initial expert disclosures on December 14, 2018.

7. The Parties served and received responses to subpoenas *duces tecum* to third parties.

### B. Discovery that remains.

1. Written Discovery.

The Parties may serve additional written discovery requests on each other. The Parties may pursue additional third-party discovery.

2. Depositions.

One East Liberty Street, Suite 300
Reno, Nevada 89501-2128

Lewis Roca
ROTHGERBER CHRISTIE

The Parties have indicated that each side may take up to ten (10) depositions of certain individuals listed in their respective initial disclosures, as well as depositions of experts and rebuttal experts. Although the Parties initially scheduled depositions of some key witnesses in December 2018 and January 2019, the Parties ultimately postponed those depositions because motions pending at that time affected the scope of Bonanza's claims and the scope of discovery. The Parties have deferred scheduling depositions given the ongoing settlement discussions and upcoming mediation on November 1. Additionally, the Parties wish to avoid deposing witnesses twice, which might be needed depending on the resolution of the Pending Motions.

        3.     Expert Discovery.

The Parties anticipate serving rebuttal expert disclosures.

C.    Pending motions.[1]

        1.     The MillerCoors Motion for Partial Dismissal of Bonanza's First Amended Complaint is currently pending before this Court. MillerCoors filed its motion on January 22, 2019 [ECF No. 95] and it was fully briefed as of February 12, 2019 [ECF No. 109].

        2.     The MillerCoors Objection to Discovery Order dated January 22, 2019 [ECF No. 96] is currently pending before this Court. MillerCoors filed its Objection on February 4, 2019 [ECF No. 102] and it was fully briefed as of February 19, 2019 [ECF No. 112]. On February 28, 2019 Magistrate Judge Foley partially stayed the Discovery Order pending a ruling from the Court on MillerCoors Objection. [ECF No. 116.]

        3.     The MillerCoors Objection to Discovery Order dated April 17, 2019 [ECF No. 124] is currently pending before this Court. MillerCoors filed its Objection on May 1, 2019 [ECF No. 128] and it was fully briefed as of May 29, 2019 [ECF No. 132].

## II.    STATEMENT OF GOOD CAUSE FOR EXTENSION.

As described in the Parties' Joint Motion to Stay Discovery, the Parties have been engaged in a sincere and good faith effort to settle this matter for the past several months. The principals have had several in-person meetings and discussions regarding a resolution. Towards

---

[1] As described in the Parties' Joint Motion to Stay Discovery, the three pending motions may impact discovery, and the Parties requested a stay remain in place after the mediation has concluded, until the Court rules on the partial motion to dismiss and the discovery disputes. [ECF No. 134 at 4].

105850754_1
109502634.1

1 that end, the Parties had originally scheduled an in-person mediation in Las Vegas for

2 November 1, 2019. The mediation date had to be moved to November 13, 2019, because of

3 availability of the principals. As the mediation date is now 12 days later, the Parties stipulate to

4 extend the deadlines under the Order correspondingly.

5 The extension of the previously granted stay will allow the Parties to continue these

6 discussions and complete the mediation without simultaneously working on rebuttal expert

7 disclosures and taking and defending depositions. Following the mediation, the Parties will file

8 a joint statement by November 22, 2019, informing the Court of the outcome of the mediation.[2]

9 Correspondingly, the Parties stipulate and request the Court stay discovery in this matter until

10 and through November, 22, 2019.

11 **III.    CONCLUSION.**

12 For the foregoing reasons, the Parties stipulate the deadlines under ECF No. 135 be

13 extended as follows:

| | **Original Date [ECF No. 135]** | **New Deadline** |
|---|---|---|
| **Status Report** | November 7, 2019 | November 22, 2019 |

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27

28

---

[2] Pending the outcome of the mediation, and if necessary, the Parties would request a stay of the discovery deadlines until the Court rules on the pending motions described in Section I(C) *infra*, or alternatively, propose a schedule to the Court for the completion of the remaining discovery.

One East Liberty Street, Suite 300
Reno, Nevada 89501-2128

Lewis Roca
ROTHGERBER CHRISTIE

105850754_1
109502634.1

1    Correspondingly, the Parties also ask that the stay of discovery be extended until and

2    through November 22, 2019.

3         DATED this 16th day of October, 2019.

4

5    LEWIS ROCA ROTHGERBER CHRISTIE LLP    SMITH LARSEN & WIXOM

6    /s/ *E. Leif Reid*                                              /s/ *Krystal Aspey Fleischmann*
7    E. Leif Reid (SBN 5750)                                   Christopher L. Benner (SBN 8963)
     Darren J. Lemieux (SBN 9615)                          Hills Center Business Park
8    Marla J. Hudgens (SBN 11098)                         1935 Village Center Circle
     Nicole Scott (SBN 13757)                                Las Vegas, Nevada 89134
9    One East Liberty Street, Suite 300                   and
     Reno, Nevada 89501                                       QUARLES & BRADY LLP
10                                                                        Brian A. Howie (*admitted pro hac vice*)
     *Attorneys for Plaintiff*                                    Krystal Aspey Fleischmann (*admitted pro*
11                                                                        *hac vice*)
                                                                          Michael S. Catlett (*admitted pro hac vice*)
12                                                                       Two North Central Avenue
                                                                          Renaissance One
13                                                                       Phoenix, Arizona 85004

14                                                                       *Attorneys for Defendant*

15

16

17

18                                      **ORDER**

19         **IT IS SO ORDERED:**

20                                                                       UNITED STATES MAGISTRATE JUDGE

21
                                                                          DATED: October 18, 2019
22

23

24

25

26

27

28

105850754_1
109502634.1

5

One East Liberty Street, Suite 300
Reno, Nevada 89501-2128

Lewis Roca
ROTHGERBER CHRISTIE