UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BONANZA BEVERAGE CO., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MILLERCOORS LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 2:18-CV-01445-JAD-EJY<br><br>**ORDER** |

Before the Court is the Joint Status Report Regarding Outcome of Mediation (ECF No. 140). The parties having provided good cause,

IT IS HEREBY ORDERED that the stay of discovery is extended through Friday, December 13, 2019.

DATED: December 2, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1