UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BONANZA BEVERAGE CO., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | Case No. 2:18-cv-01445-JAD-EJY<br><br>**ORDER** |

Before the Court is the parties' Joint Status Report (ECF No. 142). The parties having provided good cause,

IT IS HEREBY ORDERED that the stay of discovery is extended through Friday, January 17, 2020.

DATED: January 2, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1