Michael B. Wixom, Esq.
Nevada Bar No. 2812
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: mbw@slwlaw.com
clb@slwlaw.com

Brian A. Howie (*admitted pro hac vice*)
Krystal Aspey Fleischmann (*admitted pro hac vice*)
Michael S. Catlett (*admitted pro hac vice*)
QUARLES & BRADY LLP
Two North Central Avenue
Renaissance One
Phoenix, Arizona 85004
Tel: (602) 229-5200
Fax: (602) 229-5690
Email: Brian.howie@quarles.com
Krystal.fleischmann@quarles.com
Michael.catlett@quarles.com

Attorneys for Defendant MillerCoors LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BONANZA BEVERAGE CO., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.: 2:18-CV-01445-JAD-EJY<br><br>**JOINT STATUS REPORT** |

Plaintiff Bonanza Beverage Co. ("Bonanza") and Defendant MillerCoors LLC ("MillerCoors") (collectively, the "Parties") jointly file this status report as required by the

1

QB\134421.01833\61341839.3

Court in its January 2, 2020 Order [ECF No. 143] approving the previously filed (December 17, 2019) status report regarding the ongoing settlement discussions between the parties. [ECF No. 142.]

As noted in the prior Status Reports, the Parties held an all-day, in-person mediation in Las Vegas on November 13, 2019. Attending the mediation on behalf of the Parties were undersigned counsel as well as senior representatives from both Bonanza and MillerCoors. Also attending the mediation were outside counsel for, and senior representatives from, two third parties that have played a role in discovery and/or have an interest in this dispute—Southern Glazer's Wine & Spirits ("Southern Glazer's") and Breakthru Beverage Nevada Beer, LLC ("Breakthru") (collectively, the "Third Parties"). The mediator was John B. Bates, Jr., Esq., a neutral with JAMS who has 29 years of mediation experience.

The mediation was productive, and the Parties and Third Parties made significant progress towards a resolution of this dispute. Settlement discussions continued after the mediation concluded and have continued since the filing of the November 22 Status Report and the December 17 status report. Those discussions are ongoing, and the parties have continued to move closer to a global resolution. Because the discussions involve four separately-represented entities and complex business transactions, the discussions have taken longer than would otherwise be the case with a more straightforward two-party negotiation. As before, Mr. Bates continues to be involved, facilitating the discussions and helping the Parties and Third Parties remove the final obstacles to a settlement.

Because the settlement discussions are ongoing and continue to be productive, the Parties believe that there is good cause to extend the stay of discovery. The Parties respectfully request that the stay be extended for another two weeks. Thus, the Parties request that the stay of discovery be extended until **Friday, January 31, 2020**. The Parties will submit another status report to the Court on that date, informing the Court whether the case settled, did not settle, or whether settlement discussions are ongoing.

QB\134421.01833\61341839.3

For the foregoing reasons, the Parties request that the Court enter an order extending the stay of discovery until **Friday, January 31, 2020** and requiring the parties to submit a status report on the progress of the settlement discussions on that date.

RESPECTFULLY SUBMITTED this 21st day of January 2020.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | SMITH LARSEN & WIXOM |
|---|---|
| /s/ E. Leif Reid | /s/ Michael B. Wixom |
| E. Leif Reid, Esq. | Michael B. Wixom, Esq. |
| Nevada Bar No. 5750 | Nevada Bar No. 2812 |
| Darren J. Lemieux, Esq. | Christopher L. Benner, Esq. |
| Nevada Bar No. 9615 | Nevada Bar No. 8963 |
| Marla Hudgens, Esq. | Hills Center Business Park |
| Nevada Bar No. 11098 | 1935 Village Center Circle |
| Kristen L. Martini, Esq. | Las Vegas, Nevada 89134 |
| Nevada Bar No. 11272 | |
| Nicole S. Scott, Esq. | QUARLES & BRADY LLP |
| Nevada Bar No. 13757 | Brian A. Howie (*admitted pro hac vice*) |
| One East Liberty Street, Suite 300 | Krystal Aspey Fleischmann (*admitted pro hac vice*) |
| Reno, Nevada 89501 | Michael S. Catlett (*admitted pro hac vice*) |
| Attorneys for Plaintiff Bonanza Beverage Co. | Two North Central Avenue Renaissance One Phoenix, Arizona 85004 |
| | Attorneys for Defendant MillerCoors LLC |

**ORDER**

**IT IS SO ORDERED**:

/s/ Cayna J. Zouchah
UNITED STATES MAGISTRATE JUDGE

DATED: January 22, 2020

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

QB\134421.01833\61341839.3