Michael B. Wixom, Esq.
Nevada Bar No. 2812
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: mbw@slwlaw.com
       clb@slwlaw.com

Brian A. Howie (*admitted pro hac vice*)
Krystal Aspey Fleischmann (*admitted pro hac vice*)
Michael S. Catlett (*admitted pro hac vice*)
QUARLES & BRADY LLP
Two North Central Avenue
Renaissance One
Phoenix, Arizona 85004
Tel: (602) 229-5200
Fax: (602) 229-5690
Email: Brian.howie@quarles.com
       Krystal.fleischmann@quarles.com
       Michael.catlett@quarles.com

Attorneys for Defendant MillerCoors LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONANZA BEVERAGE CO., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC, a Delaware limited liability company,<br><br>Defendant. | **CASE NO.: 2:18-CV-01445-JAD-EJY**<br><br>**Order Extending Discovery Stay**<br><br>ECF Nos. 95, 102, 127, 128, 146 |

Plaintiff Bonanza Beverage Co. ("Bonanza") and Defendant MillerCoors LLC ("MillerCoors") (collectively, the "Parties") jointly file this status report as required by the Court in its January 22, 2020 Order [ECF No. 145] approving the previously filed (January 21,

1

QB\134421.01833\61548102.2

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

2020) status report regarding the ongoing settlement discussions between the parties. [ECF No. 144.]

The parties have reached an amicable and confidential resolution in principle of this matter. The parties will work diligently to document their resolution, but finalizing the details will take some time. As of now, the parties cannot state definitively when a dismissal with prejudice will be filed. The parties respectfully request that the stay of discovery be continued until **Tuesday, March 3, 2020**. On that day, the parties will file another status report, updating the Court on the status of the documentation.

For the foregoing reasons, the Parties request that the Court enter an order extending the stay of discovery until **Tuesday, March 3, 2020** and requiring the parties to submit a status report on that date.

RESPECTFULLY SUBMITTED this 31st day of January 2020.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | SMITH LARSEN & WIXOM |
|---|---|
| */s/ E. Leif Reid* | /s/ *Christopher L. Benner* |
| E. Leif Reid, Esq. | Michael B. Wixom, Esq. |
| Nevada Bar No. 5750 | Nevada Bar No. 2812 |
| Darren J. Lemieux, Esq. | Christopher L. Benner, Esq. |
| Nevada Bar No. 9615 | Nevada Bar No. 8963 |
| Marla Hudgens, Esq. | 1935 Village Center Circle |
| Nevada Bar No. 11098 | Las Vegas, Nevada 89134 |
| Kristen L. Martini, Esq. | |
| Nevada Bar No. 11272 | QUARLES & BRADY LLP |
| Nicole S. Scott, Esq. | Brian A. Howie (*admitted pro hac vice*) |
| Nevada Bar No. 13757 | Krystal Aspey Fleischmann (*admitted pro hac vice*) |
| One East Liberty Street, Suite 300 | |
| Reno, Nevada 89501 | Michael S. Catlett (*admitted pro hac vice*) |
| Attorneys for Plaintiff Bonanza Beverage Co. | Two North Central Avenue |
| | Renaissance One |
| | Phoenix, Arizona 85004 |
| | Attorneys for Defendant MillerCoors LLC |

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the parties' joint motion to extend the discovery stay [ECF No. 146] is GRANTED. **The discovery stay is extended to March 3, 2020**, to permit the parties to finalize the details of their resolution of this matter.

QB\134421.01833\61548102.2

In light of the pending resolution, IT IS FURTHER ORDERED that MillerCoors LLC's motion to dismiss and objections to magistrate judge rulings **[ECF Nos. 95, 102, 128] are DENIED** without prejudice to their prompt refiling in the event that the settlement is not completed.

IT IS FURTHER ORDERED that MillerCoors, LLC's unopposed motion for leave to file documents under seal **[ECF No. 127] is GRANTED**. I find that the lesser good cause standard applies in this context because the underlying objection is not dispositive as it does not address the merits of this action. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir. 2006). I have reviewed the sealed exhibits and objection in camera and conclude that there is good cause to seal them in their entirety. These judicial records contain or discuss confidential and proprietary business information from Bonanza Beverage Co. and two different third-parties. I am satisfied that releasing the information contained in these judicial records could potentially damage the parties, and I find that good cause exists to seal this information.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 4, 2020

3

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006