Michael B. Wixom, Esq.
Nevada Bar No. 2812
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: mbw@slwlaw.com
clb@slwlaw.com

Brian A. Howie (*admitted pro hac vice*)
Krystal Aspey Fleischmann (*admitted pro hac vice*)
Michael S. Catlett (*admitted pro hac vice*)
QUARLES & BRADY LLP
Two North Central Avenue
Renaissance One
Phoenix, Arizona 85004
Tel: (602) 229-5200
Fax: (602) 229-5690
Email: Brian.howie@quarles.com
Krystal.fleischmann@quarles.com
Michael.catlett@quarles.com

Attorneys for Defendant MillerCoors LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BONANZA BEVERAGE CO., a Nevada corporation, | **CASE NO.: 2:18-CV-01445-JAD-EJY** |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| MILLERCOORS LLC, a Delaware limited liability company, | |
| Defendant. | |

Plaintiff Bonanza Beverage Co. ("Bonanza") and Defendant MillerCoors LLC ("MillerCoors") (collectively, the "Parties") jointly file this status report as required by the Court in its February 4, 2020 Order [ECF No. 147] extending the discovery stay to permit the parties to finalize the details of their resolution on this matter.

1

In the intervening month, the parties have formally documented their resolution through a written, confidential settlement agreement that has been fully executed. There will be some delay, however, before a stipulation of dismissal with prejudice can be filed. The resolution of this dispute involves certain business transactions that are going through a due diligence period. The Parties cannot file a stipulation for dismissal with prejudice until those transactions close.

The parties therefore respectfully request that the stay of discovery be continued until **Tuesday, May 5, 2020**. On that day, the parties will file another status report, updating the Court on the status of the due diligence and anticipated dismissal.

For the foregoing reasons, the Parties request that the Court enter an order extending the stay of discovery until **Tuesday, May 5, 2020** and requiring the parties to submit a status report on that date.

RESPECTFULLY SUBMITTED this 3rd day of March 2020.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | SMITH LARSEN & WIXOM |
|---|---|
| /s/ *E. Leif Reid* | /s/ *Christopher L. Benner* |
| E. Leif Reid, Esq.<br>Nevada Bar No. 5750<br>Darren J. Lemieux, Esq.<br>Nevada Bar No. 9615<br>Marla Hudgens, Esq.<br>Nevada Bar No. 11098<br>Kristen L. Martini, Esq.<br>Nevada Bar No. 11272<br>Nicole S. Scott, Esq.<br>Nevada Bar No. 13757<br>One East Liberty Street, Suite 300<br>Reno, Nevada 89501<br>Attorneys for Plaintiff Bonanza Beverage Co. | Michael B. Wixom, Esq.<br>Nevada Bar No. 2812<br>Christopher L. Benner, Esq.<br>Nevada Bar No. 8963<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>and<br>QUARLES & BRADY LLP<br>Brian A. Howie (*admitted pro hac vice*)<br>Krystal Aspey Fleischmann (*admitted pro hac vice*)<br>Michael S. Catlett (*admitted pro hac vice*)<br>Two North Central Avenue<br>Renaissance One<br>Phoenix, Arizona 85004<br>Attorneys for Defendant MillerCoors LLC |

**ORDER**

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 23, 2020